In the Matter of the Petition of ARTHUR G. SOGNO and THERESA SOGNO, Appellants, as Stockholders and Directors on Behalf of Themselves and All Other Stockholders Named in the Within Petition to Procure the Dismissal of Directors FERDINAND J. ULRICH and CLARA L. ULRICH, of ARTHUR & ULRICH, INC. FERDINAND J. ULRICH, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of THOMAS HILLIARD, Appellant, for a Mandamus Order against WILLIAM FELLOWES MORGAN, as Commissioner of Markets of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

ATLAS SHIRT COMPANY, INC., Respondent, v. THE CLASSIC MILLS, INC., and SAMUEL J. BUSH, Defendants, Impleaded with READE MANUFACTURING CO., INC. and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

CONQUEST ALLIANCE COMPANY, INC., Appellant, v. STANDARD RADIO, INC., Formerly Known as STANDARD RADIO ADVERTISING CO., INC., Appearing Specially, Respondent, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

EUREKA PRODUCTIONS, INC., Appellant, v. INTIMATE THEATRES, INC., and Others, Defendants, Impleaded with METROPOLIS FILM EXCHANGE and MARTIN J. LEWIS, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Successor to AMERICAN TRUST COMPANY, as Trusete under a Certain Mortgage or Deed of Trust, etc., Made by 251 WEST 71ST STREET, INC., Appellant, v. 251 WEST 71ST STREET, INC., and Others, Defendants, and RAE RANZAL, Intervenor. KATHERINE HAUSLING and HERBERT H. McNEIL, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

EMMA VISCARDI, Plaintiff, and VINCENT VISCARDI, Appellant, v. JENMIK REALTY CORPORATION, Respondent.— Order so far as appealed from unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of Proving the Last Will and Testament of ADOLF KUTTROFF, Deceased, as a Will of Real and Personal Property. ARTHUR KUTTROFF, Contestant, Appellant; EDWIN KUTTROFF and Others, Proponents, Respondents; RICHARD LAWSBERG, an Infant, by GEORGE S. MITTENDORF, His Special Guardian. — Order unanimously modified by eliminating item 4 of said order, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.